**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**HENRY A. WILLIAMS**
**REG #19967-076**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 2:12CV00060 BSM/HDY**

**FORREST CITY MEDICAL CENTER et al.**                                      **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young [Doc. No. 11] and the filed objection [Doc. No. 12] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, rejected in their entirety in all respects.

Plaintiff Henry A. Williams is permitted to amend his complaint as requested in his objection [Doc. No. 12]. Because Williams has already been granted leave to amend his complaint once, this will be the last time that his request to amend will be granted. *See* [Doc. No. 6].

IT IS THEREFORE ORDERED that:

Plaintiff Henry A. Williams's request to amend his complaint [Doc. No. 12] is granted and he shall have 30 days from the date of this order to file an amended complaint.

Dated this 11th day of December 2012.

UNITED STATES DISTRICT JUDGE