IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HENRY A. WILLIAMS**                                                                   **PLAINTIFF**

v.                      **CASE NO. 2:12CV00060 BSM**

**FORREST CITY
MEDICAL CENTER et al.**                                                   **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is dismissed with prejudice with respect to his claims against the United States Bureau of Prisons, and dismissed without prejudice in all other respects.

2. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of December 2013.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE